## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    )<br>                                                                )<br>            **Plaintiff,**                            )<br>                                                                )<br>     **v.**                                                    )<br>                                                                )<br>**$30,379.00 IN UNITED STATES CURRENCY,** )<br>                                                                )<br>            **Defendant.**                         ) | 8:09CV172<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on July 16, 2009 by counsel for the plaintiff,

**IT IS ORDERED that:**

1.     **On or before August 17, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to undersigned magistrate judge, at *thalken@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.     The pretrial conference order deadline previously scheduled is cancelled upon the representation that this case is settled.

DATED this 16th day of July, 2009.

                                                                BY THE COURT:

                                                                 s/Thomas D. Thalken
                                                                United States Magistrate Judge