FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 AUG -6 PM 2: 28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CV172 |
| | ) | |
| $30,497.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 6th day of August, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No __). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Three thousand forty-nine dollars and seventy cents of the Defendant property should be returned to the Claimant, David Meysembourg, by delivering the same to the trust account of his attorney of record, Franklin E. Miner.

2. Pursuant to this Court's Order dated May 26, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on July 31, 2009 Filing No. ___). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $27,447.30, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Three thousand forty-nine dollars and seventy cents of the Defendant property shall be returned to the Claimant, David Meysembourg, by delivering the same to his attorney of record, Franklin E. Miner. The Marshal shall deliver said amount by making payment to Franklin E. Miner's Trust Account.

C. Pursuant to this Court's Order dated May 26, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on July 31, 2009 (Filing No. ___). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $27,447.30, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $27,447.30 in accordance with law.

F. Upon Mr. Miner's receipt of the $3,049.70, as mentioned above, Mr. Miner shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$30, 497.00 IN UNITED STATES
CURRENCY, Defendant, and
DAVID MEYSEMBOURG, Claimant

By:  /FRANKLIN E. MINER #21983
     Attorney at Law
     1517 North Cotner Boulevard
     Lincoln, NE 68505
     (402) 423-4417